716

*Messrs. Arthur D. Baldwin* and *Clare M. Vrooman* for petitioner. *Messrs. Harry F. Payer* and *Gerald Pilliod* for respondent.

No. 251. NEW YORK LIFE INS. CO. *v.* MARSH. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur D. Baldwin* and *Clare M. Vrooman* for petitioner. *Messrs. Harry F. Payer* and *Gerald Pilliod* for respondent.

No. 252. MORGAN ET AL., EXECUTORS, *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. William D. Whitney* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 253. KLINGENSTEIN *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert H. Montgomery, James O. Wynn, Thomas G. Haight,* and *J. Marvin Haynes* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 255. ROBINSON ET AL. *v.* HARRIS TRUST & SAVINGS BANK, TRUSTEE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. F. Kelly* and *Harvey Carroll Ray* for petitioners. *Mr. J. M. Burford* for respondent.